1  TRACY L. WILKISON
2  Acting United States Attorney
   THOMAS D. COKER
3  Assistant United States Attorney
4  Chief, Tax Division
   ANDREW T. PRIBE (CA SBN 254904)
5  Assistant United States Attorney
6          Federal Building, Suite 7211
           300 North Los Angeles Street
7          Los Angeles, California 90012
8          Telephone: (213) 894-6551
           Facsimile: (213) 894-0115
9          E-mail: andrew.t.pribe@usdoj.gov
10
11 *Attorneys for the United States of America*

12              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
13                    WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No.: 2:21-cv-06334 |
|---|---|
| Plaintiff, | |
| v. | Complaint to Reduce Federal Tax Assessments to Judgment and to Foreclose Federal Tax Liens |
| EUGENIO COVARRUBIAS; MARIA COVARRUBIAS; SAMBA GROUP, INC.; the LOS ANGELES COUNTY TAX COLLECTOR; and the STATE OF CALIFORNIA FRANCHISE TAX BOARD, | |
| Defendants. | |

The United States of America, Plaintiff, for its complaint against Eugenio Covarrubias; Maria Covarrubias; Samba Group, Inc.; the Los Angeles County Tax Collector; and the State of California Franchise Tax Board, Defendants, alleges:

**I.   Nature of the case, jurisdiction, venue, and parties.**

1. This is a suit to reduce federal tax assessments to judgment and to foreclose federal tax liens.

2. This court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345 because this action arises under the laws of the United States and because the United States is the plaintiff.

3. This action is brought under 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

4. Venue for this action is within the Central District of California under 28 U.S.C. § 1391 because at least one of the defendants resides within this district and all defendants reside within this state, and because a substantial part of the events or omissions giving rise to this claim occurred within this judicial district.

5. The real property against which the United States seeks to foreclose its federal tax liens—referred to here as the subject property—is in Los Angeles, California, with a parcel number of 5452-010-007 and is legally described as:

> Lot 6 of the Amabel Hill Tract as per map recorded in book 10, page 17, of maps in the Office of the County Recorder of Los Angeles County, State of California

and commonly known as 405 Isabel Street, Los Angeles, California 90065.

6. Eugenio Covarrubias resides within Los Angeles County, which is within this judicial district.

7. Maria Covarrubias may claim an interest in the subject real property.

8. Samba Group, Inc., may claim an interest in the subject real property.

9. The Los Angeles County Tax Collector may claim and interest in the subject real property.

10. The State of California Franchise Tax Board may claim an interest in the subject real property.

## Count I

## Claim to reduce federal tax assessments to judgment

### (against Eugenio Covarrubias only)

11. The United States realleges paragraphs 1 through 10.

12. On May 28, 2012, a delegate of the Secretary of the Treasury assessed federal income tax of $53,097 against Eugenio Covarrubias for 2011.

13. On June 3, 2013, a delegate of the Secretary of the Treasury assessed federal income tax of $34,392 against Eugenio Covarrubias for 2012.

14. On May 26, 2014, a delegate of the Secretary of the Treasury assessed federal income tax of $7,887 against Eugenio Covarrubias for 2013.

15. On February 22, 2016, a delegate of the Secretary of the Treasury assessed additional federal income tax of $690 against Eugenio Covarrubias for 2013

16. On June 8, 2015, a delegate of the Secretary of the Treasury assessed federal income tax of $26,634 against Eugenio Covarrubias for 2014.

17. On November 14, 2016, a delegate of the Secretary of the Treasury assessed additional federal income tax of $1,375 against Eugenio Covarrubias for 2014.

18. On June 6, 2016, a delegate of the Secretary of the Treasury assessed federal income tax of $47,566 against Eugenio Covarrubias for 2015.

19. On June 5, 2017, a delegate of the Secretary of the Treasury assessed federal income tax of $31,110 against Eugenio Covarrubias for 2016.

20. As of July 14, 2021, the tax liabilities specified in paragraphs 12 through 19 have the following outstanding balances after considering credits, charges, interest, and penalties:

| Tax Period | Outstanding balance as of July 14, 2021 |
|---|---|
| 2011 | $83,993.93 |
| 2012 | $56,803.96 |
| 2013 | $1,048.56 |
| 2014 | $29,248.89 |
| 2015 | $64,197.47 |
| 2016 | $40,624.03 |
| **Total** | **$275,916.84** |

21. This suit is filed within the statute of limitations to collect the above tax liabilities.

22. Despite timely notice and demand for payment of these federal tax liabilities, Eugenio Covarrubias has not fully paid these federal tax liabilities.

23. The United States is entitled to judgment against Eugenio Covarrubias in the amount of $275,916.84 as of July 14, 2021, plus all

subsequent statutory accruals, including interest and penalties, plus costs and expenses.

## Count II

## Claim to Foreclose Federal Tax Liens

## (against all Defendants)

24. The United States realleges paragraphs 1 through 23.

25. Under 26 U.S.C. §§ 6321 and 6322, federal tax liens for the liabilities set forth in paragraphs 12 through 19 automatically arose in favor of the United States against all property and rights to property owned by Eugenio Covarrubias as of the assessment dates set forth above.

26. These federal tax liens continue to the present without interruption and have not been discharged or released.

27. On September 26, 2013, the Internal Revenue Service recorded with the Los Angeles County Recorder's Office as document number 20131397128 a notice of federal tax lien against Eugenio Covarrubias for his federal income-tax liability for 2011 and 2012.

28. On July 27, 2015, the Internal Revenue Service recorded with the Los Angeles County Recorder's Office as document number 20150908136 a notice of federal tax lien against Eugenio Covarrubias for his federal income-tax liability for 2014.

29. On April 22, 2016, the Internal Revenue Service recorded with the Los Angeles County Recorder's Office as document number 20160455481 a notice of federal tax lien against Eugenio Covarrubias for his federal income-tax liability for 2013.

30. On July 15, 2016, the Internal Revenue Service recorded with the Los Angeles County Recorder's Office as document number 20160827948 a notice of federal tax lien against Eugenio Covarrubias for his federal income-tax liability for 2015.

31. On July 17, 2017, the Internal Revenue Service recorded with the Los Angeles County Recorder's Office as document number 20170793778 a notice of federal tax lien against Eugenio Covarrubias for his federal income-tax liability for 2016.

32. On December 2, 2020, the Internal Revenue Service recorded with the Los Angeles County Recorder's Office as document number 20201560112 a notice of federal tax lien against Eugenio Covarrubias for his federal income-tax liability for 2014.

33. On April 27, 1987, Eugenio Covarrubias and Maria Covarrubias acquired the subject property by grant deed as joint tenants, which was recorded on July 16, 1987, with the Los Angeles County Recorder's Office.

34. On May 20, 2010, Samba Group, Inc., recorded with the Los Angeles County Recorder's Office as document number 20100692011 an abstract of judgment against Eugenio Covarrubias.

35. Samba Group, Inc., has not renewed its judgment against Eugenio Covarrubias and, accordingly, its abstract of judgment is unenforceable.

36. On November 13, 2013, the Los Angeles County Tax Collector recorded with the Los Angeles County Recorder's Office as document no. 20131612178 a certificate of tax lien against Eugenio Covarrubias for a tax liability for 2013.

37. On October 23, 2009, the State of California Franchise Tax Board recorded with the Los Angeles County Recorder's Office as document number 20091609443 a notice of state tax lien against Eugenio Covarrubias for his state tax liability for 2008.

38. On May 15, 2013, the State of California Franchise Tax Board recorded with the Los Angeles County Recorder's Office as document number

1  20130727823 a notice of state tax lien against Eugenio Covarrubias for his
2  state tax liability for 2011.
3      39.    On April 10, 2014, the State of California Franchise Tax Board
4  recorded with the Los Angeles County Recorder's Office as document number
5  20140363345 a notice of state tax lien against Eugenio Covarrubias for his
6  state tax liability for 2012.
7      40.    On November 30, 2016, the State of California Franchise Tax
8  Board recorded with the Los Angeles County Recorder's Office as document
9  number 20161501376 a notice of state tax lien against Eugenio Covarrubias
10 for his state tax liability for 2015.
11     41.    On July 31, 2019, the State of California Franchise Tax Board
12 recorded with the Los Angeles County Recorder's Office as document number
13 20190753806 a notice of state tax lien against Eugenio Covarrubias for his
14 state tax liability for 2008.
15     42.    Under 26 U.S.C. § 7403, the United States is entitled to foreclose
16 its federal tax liens on the subject property and to apply the proceeds it
17 receives to Eugenio Covarrubias's outstanding federal tax liabilities secured
18 by those federal tax liens.
19     Wherefore, the United States of America, Plaintiff, requests the Court
20 to:
21     A.    Enter judgment in favor of the United States and against Eugenio
22 Covarrubias in the amount of $275,916.84 as of July 14, 2021, plus all
23 subsequent statutory accruals, including interest and penalties, plus costs
24 and expenses;
25     B.    Foreclose the federal tax liens against the property interest of
26 Eugenio Covarrubias in the subject property;
27     C.    Order the sale of the subject property;
28

D. Determine the interest, if any, of Maria Covarrubias; Samba Group, Inc.; the Los Angeles County Tax Collector; and the State of California Franchise Tax Board in the subject property;

E. Order distribution of the proceeds of the sale of the subject property to the United States, Maria Covarrubias; Samba Group, Inc.; the Los Angeles County Tax Collector; and the State of California Franchise Tax Board, according to their interests and priorities; and

F. Order any other relief that is just and appropriate.

Dated: August 5, 2021

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

**/s/ Andrew T. Pribe**
ANDREW T. PRIBE
Assistant United States Attorney

7